UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBYN JARVINEN** | § § § | Docket No. 2:23-cv-04493 |
| Versus | § § § | Judge: CARL J BARBIER |
| **ALLSTATE INSURANCE COMPANY** | § § § | Magistrate Judge: MICHAEL NORTH |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, ROBYN JARVINEN, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. Plaintiff informed undersigned counsel that she did not wish to pursue the claim. Undersigned counsel sent a Discontinuing Representation letter to Plaintiff. On October

12th, 2023, Plaintiff called undersigned counsel and reiterated that she does not wish to pursue the claim.

6. Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**